**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| PATRICIA ROE, individually and as personal representative of the Estate of Edward Roe, deceased, | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-2 |
| v. | |
| DAVID MOORE; and NANETTE WOOD, in their individual capacities, | |
| Defendants. | |

**O R D E R**

This matter comes before the Court on the parties' Consent Motion to Substitute, as amended.  Docs. 30, 31.  The parties state Charles J. Steedley has been named temporary administrator of the Estate of Edward Roe, deceased, and ask the Court to substitute Mr. Steedley in the place of Plaintiff Roe as the representative of the estate.  Id.  Upon due consideration and for good cause shown, the Court **GRANTS** the parties' Amended Consent Motion.  Charles J. Steedley, as Temporary Administrator of the Estate of Edward Roe, Deceased, is hereby **SUBSTITUTED** for Plaintiff Patricia Roe, and the Court **DIRECTS** the Clerk of Court to amend the record and docket of this case to reflect this substitution.

**SO ORDERED**, this 28th day of June, 2022.

_____

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA